IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**DR. BRIAN V. XIONG**
1568 10th Avenue
Newport, MN 55055

    Plaintiff,

v.

**BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM**
1860 Van Hise Hall
1220 Linden Drive
Madison, WI 53706

    Defendant.

Case No.: 20-cv-242

**JURY TRIAL DEMANDED**

# COMPLAINT

Plaintiff, Dr. Brian V. Xiong, through his attorneys, Hawks Quindel, S.C., by Nicholas E. Fairweather, for his Complaint against the Defendant, Board of Regents of the University of Wisconsin System, states and alleges as follows:

## NATURE OF ACTION

1. Plaintiff, Dr. Brian V. Xiong, brings this action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 12132, *et seq.* ("Title VII") and the Civil Rights Act of 1866 and alleges discrimination based on his race and national origin.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, as this case involves federal questions under Title VII and Section 1981.

3. Venue is proper in the Western District of Wisconsin under 28 U.S.C. § 1391(b) and 42 U.S.C. §§ 12117(a), 2000e-5(f)(3) because all acts or omissions giving rise to this claim occurred in this district.

4. The Court has personal jurisdiction over Defendant, Board of Regents of the University of Wisconsin System ("Board of Regents"), because Defendant's principal offices are located in this District.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

5. Plaintiff filed a timely Charge of Discrimination with the United States Equal Employment Opportunity Commission ("EEOC") on March 20, 2019, within three hundred (300) days after the unlawful employment practices occurred.

6. On December 19, 2019, the EEOC issued a Dismissal and Notice of Rights.

7. This action is brought within ninety (90) days after Plaintiff's receipt of said Notice. A true and correct copy of the Dismissal and Notice of Rights is attached hereto as **Exhibit A**.

## PARTIES

8. Plaintiff, Dr. Brian V. Xiong ("Dr. Xiong"), is an adult resident of the State of Minnesota residing at 1568 10th Avenue, Newport, MN 55055.

9. Defendant, Board of Regents, is the entity responsible for governance of the University of Wisconsin System, including the University of Wisconsin-Oshkosh, and constitutes a body corporate per Wis. Stat. § 36.07.

10. The Board of Regents' principal office is located at 1860 Van Hise Hall, 1220 Linden Drive, Madison, WI 53706.

## FACTUAL ALLEGATIONS

11. Dr. Xiong began working for UW-Oshkosh in the 2018-2019 academic year.

12. At all times relevant to this Complaint, Dr. Xiong's position was Director of Equal Opportunity, Equity and Affirmative Action.

13. Dr. Xiong responded to a May 2018 job posting for the Director position. The posting listed an annual salary of $109,000.00.

14. Despite the listed job title and salary, Dr. Xiong was hired into a position titled "Director of Affirmative Action" at a starting annual salary of $80,000.00.

15. In late-February 2019, Dr. Xiong submitted a formal request for an equity review of his compensation level. At that time, his salary was $85,000.00 annually even though his predecessor was drawing a salary well above that level.

16. On or about March 4, 2019, Dr. Xiong met with UW-Oshkosh employee Kate McQuillan, of the Chancellor's office.

17. At the March 4, 2019 meeting, Dr. Xiong reported that the University's hiring and employment practices toward minority candidates and employees evidenced animus based on the applicants' and employees' race.

18. On or about March 6, 2019, Dr. Xiong met with UW-Oshkosh Vice Chancellor for Administrative Services, James Fletcher, and reported that the University's hiring and employment practices toward minority candidates and

employees evidenced animus based on the applicants' and employees' race. He specifically raised the complaint of University employee Shaniqua Crawford.

19. Dr. Xiong's employment was terminated on or about March 12, 2019.

## PLAINTIFF'S FIRST CAUSE OF ACTION:
## VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. § 2000e, *et seq.*

20. Plaintiff re-alleges and re-incorporates each and every allegation contained in the preceding paragraphs of this Complaint.

21. Defendant, through its employees and agents, terminated Dr. Xiong's employment because of his race (Asian) and national origin (Hmong) and because of his opposition to discrimination against himself and others.

22. The termination violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, causing Dr. Xiong damages that continue to accrue.

## PLAINTIFF'S SECOND CAUSE OF ACTION:
## VIOLATION OF 42 U.S.C. § 1981

23. Plaintiff re-alleges and re-incorporates each and every allegation contained in the preceding paragraphs of this Complaint.

24. By terminating Dr. Xiong's employment because of his race and national origin, Defendant has deprived Dr. Xiong of the full and equal benefit of all laws, in violation of 42 U.S.C. § 1981.

25. Defendant's conduct has caused Dr. Xiong damages that continue to accrue.

WHEREFORE, Plaintiff demands judgment against Defendant and prays for the following relief:

    A.    Damages equal to the amount of wages, salary, employment benefits, and other compensation denied or lost to Mr. Xiong as a result of Defendant's discriminatory conduct, together with interest thereon;

    B.    Compensatory damages for past and future losses resulting from the unlawful employment practices, including emotional pain and suffering;

    C.    Mr. Xiong's costs in this action, including his reasonable attorney's fees, litigation expenses, and costs; and

    D.    Such other legal and equitable relief as the Court deems just and proper, including reinstatement to the position in which Mr. Xiong would now be employed but for the unlawful termination.

### DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury.

Dated this 18th day of March, 2020.

            **HAWKS QUINDEL, S.C.**
            *Counsel for Plaintiff, Dr. Brian V. Xiong*

            By:   */s/ Nicholas E. Fairweather*
            Nicholas E. Fairweather, State Bar No.: 1036681
            Email: nfairweather@hq-law.com
            409 East Main Street
            Post Office Box 2155
            Madison, Wisconsin 53701-2155
            Telephone: (608) 257-0040
            Facsimile: (608) 256-0236