IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN XIONG,

     Plaintiff,

                                        Case No.  20-cv-242-wmc

     v.

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,

     Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendant Board of Regents of the University of Wisconsin System against plaintiff

Brian Xiong dismissing this case.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 1/24/2022 |
| Peter Oppeneer, Clerk of Court | Date |