APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

FORM 1.
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

DR. BRIAN XIONG
      Plaintiff(s),

  v.

BOARD OF REGENT OF THE UNIVERSITY OF
WISCONSIN SYSTEM
      Defendant(s)

File Number  20-cv-242-wmc

Notice of Appeal

Notice is hereby given that (here name all parties taking the appeal) (DR. BRIAN XIONG) (BOARD OF REGENT OF THE UNIVERSITY OF WISCONSIN SYSTEM) in the above named case, * hereby appeal to the United States Court of Appeals for the Western District of Wisconsin Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 20 day of February, 2022

(s) _[signature: Brian Xiong]_
Attorney for _____
Address: 1568 10TH AVENUE
NEWPORT, MN 55055

* See Rule 3(c) for permissible ways of identifying appellants.